**ALBERT Y. DAYAN**     80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
_____
**Attorney at Law**         **Tel: (718) 268-9400:     Fax: (718) 268-9404**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 10/25/2023           │
└─────────────────────────────────┘
```

**By ECF:**

October 25, 2023

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

          Re:     United States v. Albert Yagudayev et al.
                  Case No.: 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

        I appeared as Counsel for the Defendant, Albert Yaguydayev in his initial
presentation where I secured his release on fifty thousand dollars ($50,000:) bond secured
by two additional sureties.

        Your Honor, I understand from the Defendant's family that he has retained
another Counsel to substitute me to represent him in this case for all purposes, and that
Defendant's new Counsel intends to appear on behalf of Mr. Yagudayev's on his next
court appearance on Thursday, October 26, 2023.

        I am respectfully asking this Honorable Court to relieve me as Mr. Yagudayev's
Counsel and waive my appearance on Thursday, October 26, 2023 on the record.

        Thank you Your Honor.

Very truly yours,

_____/s/_____
Albert Y. Dayan
Attorney at Law

**DENIED.  Counsel is directed to appear at arraignment on behalf of
Defendant unless and until new counsel files a notice of appearance
on the docket or the Defendant states on the record that he consents
to the withdrawal of current counsel.  SO ORDERED.**

Date: 10/25/2023
New York, New York

Mary Kay Vyskocil
United States District Judge