USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2025

# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.

## – ATTORNEYS AT LAW –

200 VANDERBILT MOTOR PARKWAY
SUITE C-17
HAUPPAUGE, NEW YORK 11788

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NEW YORK 11501
(Correspondence to Hauppauge Office)

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MICHAEL E. FEHRINGER

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)
CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

April 29, 2025

The Honorable Mary Kay Vyskocil
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **United States v. Albert Yagudayev**
        23-CR-000110 (MKV)

Your Honor:

I represent defendant Albert Yagudayev in the above matter.

Mr. Yagudayev has recently surrendered to the Bureau of Prisons, and he is currently serving the 24 month sentence you imposed on January 22, 2025. He is currently incarcerated at FCI-Otisville.

Kindly accept this request to return Mr. Yagudayev's passport to his sister, Negkadam Yagudayeva. Pretrial Services Officer Madalyne Toledo does not oppose this request.

Very truly yours,

**ANTHONY M. LA PINTA**

AML/alp

**Defendant's request to have his passport returned to his sister is DENIED without prejudice to renewal when Defendant is released.**

**The Clerk of Court is respectfully Requested to terminate motion at ECF No. 482.**

**SO ORDERED.**

Date: 5/5/2025
New York, New York

Mary Kay Vyskocil
United States District Judge