LA PINTA LESKO
LA PINTA, LESKO & MISKIEWICZ, P.C.

ANTHONY M. LA PINTA
MARK J. LESKO
JAMES MISKIEWICZ

MICHAEL E. FEHRINGER

Michelle McCarthy, Office Manager

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

CHRISTOPHER J. PURCELL, P.C.

Application GRANTED. Counsel is advised that requests of this nature should be filed as letter motions, not ordinary motions. The Clerk of Court is directed to terminate Doc. #635.

SO ORDERED.

September 30, 2026

**BY ECF**

September 29, 2026

The Honorable Jesse M. Furman
United States District Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Albert Yagudayev**
23-CR-110 (JMF)

Your Honor:

I represent defendant Albert Yagudayev in the above matter.

On January 22, 2025, Mr. Yagudayev was sentenced by the Honorable Mary Kay Vyskocil to 24 months imprisonment and 3 years of supervised release. He was released from custody on July 6, 2026. As a condition of his bail, Mr. Yagudayev was required to surrender his passport to Pretrial Services.

I have been advised by Pretrial Services that a court order is required to return the passport to him. Kindly accept this request to "So Order" this letter directing that Pretrial Services return Mr. Yagudayev's passport.

Mr. Yagudayev's probation officer from the Eastern District, Julianna Gruenberg, does not object to this application. AUSA Jaclyn Delligatti defers to probation.

Please contact me if you are in need of anything further to accommodate this request.

Respectfully submitted,

**ANTHONY M. LA PINTA**

So Ordered:

______________________
**HON. JESSE M. FURMAN**

AML/mef